UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MOHAMMED QUADIR,<br>       Plaintiff,<br><br>    -v-<br><br>NYS DEPARTMENT OF LABOR,<br>       Defendant. | 16-CV-7476 (JPO) |
| MOHAMMED QUADIR,<br>       Plaintiff,<br><br>    -v-<br><br>NYS DEPARTMENT OF LABOR,<br>       Defendant. | 17-CV-5177 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

 Plaintiff has submitted a series of emails to the Court (that have now been docketed), explaining his belated opposition to Defendant's motion for summary judgment. Plaintiff's opposition is hereby accepted.

 Plaintiff represented that he would submit his response to Defendant's 56.1 statement by January 20, 2020. To the extent that Plaintiff has yet not submitted his response to the Pro Se Office, he must do so on or before **February 5, 2020**.

 The Court understands that there is a delay in the docketing of pro se submissions. Any such docketing delay will not be held against Plaintiff.

1

However, Plaintiff should not continue to email the Court unless given leave to do so.

SO ORDERED.

Dated: January 27, 2020
      New York, New York

                                                      J. PAUL OETKEN
                                                United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*

2