**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
MOHAMMED QUADIR,

                  Plaintiff,                16 **CIVIL** 7476 (JPO)

       -against-                  **JUDGMENT**

NEW YORK STATE SEPARTMENT OF LABOR,

                  Defendant.
-----------------------------------------------------------X
MOHAMMED QUADIR,

                  Plaintiff,                17 **CIVIL** 5177 (JPO)

       -against-                  **JUDGMENT**

NEW YORK STATE SEPARTMENT OF LABOR,

                  Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2020, Defendant's motions for summary judgment are granted, and judgment is entered on behalf of Defendant; accordingly, both of these cases are closed.

**Dated:**  New York, New York
           June 1, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                          Clerk of Court
                               **BY:**
                                                         _____
                                                          Deputy Clerk